IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | NO. 11-008 |
| ANTHONY THOMAS | : | |

## ORDER

**AND NOW**, this 12th day of September, 2013, upon consideration of the Government's Motion to Dismiss Petition Under 28 U.S.C. § 2255 (Document No. 62), it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1. The Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Document No. 60), is **DISMISSED**;

2. There is no probable cause to issue a certificate of appealability.

        /s/Timothy J. Savage
        TIMOTHY J. SAVAGE, J.